# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 15, 2006

132301 & (65)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 132301
COA: 267761
Calhoun CC: 2005-03191-FC;
2005-003140-FC;
2005-002906-FC

GENAIL QUINCY POSTLEY, JR.,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 10, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court. We further ORDER that the stay entered by this Court on January 9, 2006 in *People v Postley*, Docket No. 130272, is DISSOLVED.

      KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 15, 2006

_____
Clerk

p1108